

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Justin Yeager, Appellant

No. 06-24-00053-CV      v.

The State of Texas for the Protection of Tiffany Yeager, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 23C1326-CCL). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the trial court's protective order. We affirm the trial court's protective order.

We note that the appellant, Justin Yeager, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 3, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk